STATE OF NEW JERSEY v. DOROTHY M. WILLIAMS.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES H. THOMAS.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD PARSONS.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. OTIS J. SHAMBERGER.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MCQUAID.

December 16, 1986.

Petition for certification denied.